WATTS ET AL. *v.* SEWARD SCHOOL BOARD ET AL.

No. 325. Argued March 26, 1968.—Decided June 3, 1968.

*George Kaufmann* argued the cause and filed briefs for petitioners.

*Theodore M. Pease, Jr.,* argued the cause and filed a brief for respondents.

PER CURIAM.

The judgment is vacated and the case is remanded to the Supreme Court of Alaska for further consideration in light of *Pickering* v. *Board of Education of Township High School District 205, Will County, ante,* p. 563.

MR. JUSTICE DOUGLAS, with whom MR. JUSTICE BLACK joins, would reverse the judgment outright for the reasons stated by him in *Pickering* v. *Board of Education, ante,* p. 575.

MR. JUSTICE WHITE dissents.